**Motion Granted; Judgment Vacated and Case Remanded and Memorandum Opinion filed December 14, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00064-CV

---

**BLAIR  DEWEESE  ERWIN, Appellant**

**V.**

**CLARENCE  ELVIS  ERWIN III, Appellee**

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2021-04933**

---

## MEMORANDUM  OPINION

This is an appeal from an order signed October 21, 2022. On December 1, 2023, the parties filed a joint motion to set aside or vacate the order and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

Accordingly, we vacate the order signed October 21, 2022, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.